930 A.2d 1263

Michael MYRICK, Petitioner,

v.

Tom ROWLAND, Record Room Supervisor, SCI–Graterford Pennsylvania Parole Board, Respondent.

No. 95 EM 2007.

Supreme Court of Pennsylvania.

Aug. 22, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of August, 2007, the Application for Leave to File Original Process is granted and the Petition for Writ of Mandamus and/or Extraordinary Relief is denied.